**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| NICOLE WHETSTONE,<br><br>      Plaintiff,<br>   v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>      Defendant. | ) Case No.: 2:14-cv-12621<br>)<br>)<br>)<br>) **NOTICE OF VOLUNTARY DISMISSAL**<br>)<br>)<br>)<br>)<br>) |

NICOLE WHETSTONE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES LIMITED PARTNERSHIP. (Defendant), in this case.

Dated: September 2, 2014                              KROHN & MOSS, LTD.

                                                                By: /s/ Adam T. Hill
                                                                    Adam T. Hill
                                                                    KROHN & MOSS, LTD.
                                                                    10 N. Dearborn St., 3rd Fl.
                                                                    Chicago, Illinois 60602
                                                                    Telephone:  312-578-9428
                                                                    Telefax:  866-861-1390
                                                                    ahill@consumerlawcenter.com
                                                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

.

By: /s/ Adam T. Hill
Adam T. Hill
Attorney for Plaintiff